

FILED

DEC 06 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

```
1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF: | S.W. NO. 1:07 SW 00254 SMS<br>1:07 SW 00255 SMS<br>UNDER SEAL 1:07 SW 00256 SMS |
| 338 ½ S. 'M' St,<br>Dinuba, California 93618 | ORDER SEALING SEARCH WARRANT AFFIDAVITS |
| 333 W. Vetter Drive<br>Tulare, California 93274 | |
| 15520 Avenue 296 Space #11<br>Visalia, California 93277 | SEALED |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley

//
//
//

1

1  A. Boone, shall be filed with the Court in camera, under seal
2  and shall not be disclosed pending further order of this court.
3
4
5  DATED: 12/6/07
6                                          SANDRA M. SNYDER
                                            U.S. Magistrate Judge
7
8
...
28